UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF ISMAEL GALVAN SOLORIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. <br><br> **This Document Relates to Defendants:** <br><br> BANK MARKAZI JOMHOURI ISLAMI IRAN, BANK MELLI IRAN, & NATIONAL IRANION OIL COMPANY. | Civil Action No. 1:23-cv-02660-AMA |

## PROPOSED ORDER

Considering the June 4, 2025 status report filed by Plaintiffs:

ORDERED that within 14 days of entry of this order, Plaintiffs shall file a motion requesting leave to serve Defendants Bank Markazi, Bank Melli, and the National Iranian Oil Company using alternative methods of service pursuant to 28 U.S.C. § 1608(c), laying out the reasons and methods sought.

In the event the Court approves the alternative service method, Plaintiffs shall file notice and proof of service as to each defendant served within five (5) days of completing said alternative service.

Within 14 days of the filing of notice and proof of service as to the last defendant to be served, Plaintiffs shall file a motion regarding the sufficiency of service on each defendant.

FURTHER ORDERED that Plaintiffs shall file a proposed discovery plan to conduct third party discovery no later than July 7, 2025.

                                _____
                                AMIR H. ALI
                                United States District Judge

Date: