| Complaint | Case filed date | Case Number | Last Name | First Name | Party Role | Name of Primary Injured | Attack Date | Attack Location | Attack Weapon |
|---|---|---|---|---|---|---|---|---|---|
| Solorio | 9/11/2023 | 23-02660 | Tanner | David | Primary Injured | Tanner, David | 1/20/2009 | Talill FOB in Nasiriyah | Rocket/Iram |
| Heaton | 1/29/2021 | 19-03003 | Tanner | David | Primary Injured | Tanner, David | 1/20/2009 | Nasiriyah, Iraq | RPG, Mortar |
| Solorio | 9/11/2023 | 23-02660 | Ponyi | Bela | Primary Injured | Ponyi, Bela | 6/9/2006 | Al Hit, Al Anbar Province | IED |
| Heaton | 1/29/2021 | 19-03003 | Ponyi | Bela | Primary Injured | Ponyi, Bela | 6/9/2006 | Hit, Iraq | IED |
| Solorio | 9/11/2023 | 23-02660 | Rush | Deandre | Solatium | Ponyi, Bela | 6/9/2006 | Al Hit, Al Anbar Province | IED |
| Heaton | 1/29/2021 | 19-03003 | Rush | Deandre | Solatium | Ponyi, Bela | 6/9/2006 | Hit, Iraq | IED |
| Solorio | 9/11/2023 | 23-02660 | Williams | Posie | Solatium | Ponyi, Bela | 6/9/2006 | Al Hit, Al Anbar Province | IED |
| Heaton | 1/29/2021 | 19-03003 | Williams | Posie | Solatium | Ponyi, Bela | 6/9/2006 | Hit, Iraq | IED |
| Solorio | 9/11/2023 | 23-02660 | Estate of Golby | Christopher | Primary Injured | Golby, Christopher | 1/8/2004 | Fallujah | Other |
| Moore | 9/5/2025 | 25-3028 | Estate of Golby | Christopher | Primary Injured | Golby, Christopher | 1/8/2004 | Fallujah | Other |
| Solorio | 9/11/2023 | 23-02660 | Ford | Sean | Solatium | Golby, Christopher | 1/8/2004 | Fallujah | Other |
| Moore | 9/2/2025 | 25-3028 | Ford | Sean | Solatium | Golby, Christopher | 1/8/2004 | Fallujah, Iraq | SAF (Helo down) |
| Solorio | 9/11/2023 | 23-02660 | Golby | Sonya | Solatium | Golby, Christopher | 1/8/2004 | Fallujah | Other |
| Moore | 9/2/2025 | 25-3028 | Golby | Sonya | Solatium | Golby, Christopher | 1/8/2004 | Fallujah, Iraq | SAF (Helo down) |
| Solorio | 9/11/2023 | 23-02660 | Blanco-Jimenez | Carmen | Solatium | Blanco, Ernesto | 12/28/2003 | Fallujah | IED |
| Flores | 5/29/2022 | 22-1512 | Blanco-Jimenez | Carmen | Solatium | Blanco, Ernesto | 12/28/2003 | Fallujah | IED |
| Solorio | 9/11/2023 | 23-02660 | Estate of Chappel | Jason | Primary Injured | Chappell, Jason | 1/24/2004 | Khalidiyah | VBIED |
| Moore | 9/2/2025 | 25-3028 | Estate of Chappel | Jason | Primary Injured | Chappell, Jason | 1/24/2004 | Khalidiyah, Iraq | VBIED |
| Strauss | 5/23/2024 | 22-0052 | Strauss | Joey | Solatium | Strauss, Johannes | 12/22/2005 | Iraq | EFP |
| Solorio | 9/11/2023 | 23-02660 | Strauss | Joey | Solatium | Strauss, Johannes | 12/22/2005 | Bub Al-Sham | EFP |

Exhibit A