| Complaint | Case filed date | Case Number | Last Name | First Name | Party Role | Name of Primary Injured | Attack Date | Attack Location | Attack Weapon |
|---|---|---|---|---|---|---|---|---|---|
| Solorio | 9/11/2023 | 23-02660 | Parks | Scott | Primary Injured | Parks, Scott | 11/2/2003 | Fallujah | Surface-to-air missile |
| Currier | 4/2/2025 | 25-0969 | Kenyon | Andrew | Primary Injured | Kenyon, Andrew | 11/2/2003 | Fallujah | Surface-to-air missile |
| Solorio | 9/11/2023 | 23-02660 | Bethel | Gary | Primary Injured | Bethel, Gary | 12/23/2003 | Sadr City | IED |
| Holladay | 5/15/2017 | 17-00914 | Young | Roger | Primary Injured | Young, Roger | 12/23/2003 | Sadr City | IED |
| Solorio | 9/11/2023 | 23-02660 | Estate of Chappell | Jason | Primary Injured | Chappel, Jason | 1/24/2004 | Khalidiyah | VBIED |
| Fishbeck | 9/28/2018 | 18-02248 | Williams | David | Primary Injured | Williams, David | 1/24/2004 | Khalidiyah | VBIED |
| Solorio | 9/11/2023 | 23-02660 | LeVasseur | Michael | Primary Injured | LeVasseur, Michael | 4/4/2004 | Baghdad | Complex attack |
| Solorio | 9/11/2023 | 23-02660 | Baah | Peter | Primary Injured | Baah, Peter | 4/4/2004 | Baghdad | Complex attack |
| Solorio | 9/11/2023 | 23-02660 | Timm | Michael | Primary Injured | Timm, Michael | 4/4/2004 | Baghdad | Complex attack |
| Solorio | 9/11/2023 | 23-02660 | Panimboza | Fabrizzio | Primary Injured | Panimboza, Fabrizzio | 4/4/2004 | Baghdad | Complex attack |
| Stearns | 1/9/2015 | 17-0131 | Arsiaga | Robert | Primary Injured | Arsiaga, Robert | 4/4/2004 | Baghdad | Complex attack |
| Morris | 7/5/2023 | 23-1941 | Anthony | Brian | Primary Injured | Anthony, Brian | 4/4/2004 | Baghdad | Complex attack |
| Lee | 3/25/2019 | 19-00830 | Greenwood | Steven | Primary Injured | Greenwood, Steven | 4/4/2004 | Baghdad | Complex attack |
| Lee | 3/25/2019 | 19-00830 | Hiller | Stephen | Primary Injured | Hiller, Stephen | 4/4/2004 | Baghdad | Complex attack |
| Hartwick | 7/7/2018 | 18-1612 | Wooten | Matthew | Primary Injured | Wooten, Matthew | 4/4/2004 | Baghdad | Complex attack |
| Hartwick | 9/28/2018 | 18-1612 | Rountree | Joshua | Primary Injured | Rountree, Joshua | 4/4/2004 | Baghdad | Complex attack |
| Fishbeck | 9/28/2018 | 18-02248 | Beltran-Soto | Salvador | Primary Injured | Beltran-Soto, Salvador | 4/4/2004 | Baghdad | Complex attack |
| Fishbeck | 9/28/2018 | 18-02248 | Foster | Richard | Primary Injured | Foster, Richard | 4/4/2004 | Baghdad | Complex attack |
| Fishbeck | 9/28/2018 | 18-02248 | Bryant | Alexander | Primary Injured | Bryant, Alexander | 4/4/2004 | Baghdad | Complex attack |
| Fishbeck | 9/28/2018 | 18-02248 | Ferris | Anthony | Primary Injured | Ferris, Anthony | 4/4/2004 | Baghdad | Complex attack |
| Fishbeck | 9/28/2018 | 18-02248 | Mercado | Matthew | Primary Injured | Mercado, Matthew | 4/4/2004 | Baghdad | Complex attack |
| Fishbeck | 9/28/2018 | 18-02248 | Doss | Franklyn | Primary Injured | Doss, Franklyn | 4/4/2004 | Baghdad | Complex attack |
| Field | 10/13/2017 | 17-2126 | Arsiaga | Robert | Primary Injured | Arsiaga, Robert | 4/4/2004 | Baghdad | Complex attack |
| Field | 10/13/2017 | 17-2126 | Cason | Ahmed | Primary Injured | Cason, Ahmed | 4/4/2004 | Baghdad | Complex attack |
| Solorio | 9/11/2023 | 23-02660 | Watson | Bryan | Primary Injured | Watson, Bryan | 4/9/2004 | Baghdad | Good Friday Attack |
| Solorio | 9/11/2023 | 23-02660 | Bachman | Michael | Primary Injured | Bachman, Michael | 4/9/2004 | Baghdad | Good Friday Attack |
| Solorio | 9/11/2023 | 23-02660 | Estate of Goodrich | Gregory | Primary Injured | Goodrich, Gregory | 4/9/2004 | Baghdad | Good Friday Attack |
| Solorio | 9/11/2023 | 23-02660 | Kirkpatrick | Shawn | Primary Injured | Kirkpatrick, Shawn | 4/9/2004 | Baghdad | Good Friday Attack |
| Lee | 3/25/2019 | 19-00830 | Fisher | Steven | Primary Injured | Fisher, Steven | 4/9/2004 | Baghdad | Good Friday Attack |
| Solorio | 9/11/2023 | 23-02660 | Ortiz-Williams | Monique | Solatium | Flake, Felicia | 5/14/2004 | FOB Kalsu | Mortar |
| Fishbeck | 9/28/2018 | 18-02248 | Flake | Felicia | Primary Injured | Flake, Felicia | 5/14/2004 | FOB Kalsu | Mortar |
| Solorio | 9/11/2023 | 23-02660 | Ballman | Jason | Primary Injured | Ballman, Jason | 5/19/2004 | Ramadi | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Miller | Kevin | Primary Injured | Miller, Kevin | 5/19/2004 | Ramadi | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Spitzer | Shawn | Primary Injured | Spitzer, Shawn | 5/19/2004 | Ramadi | IED |
| Solorio | 9/11/2023 | 23-02660 | Duitsman | Theron | Solatium | Duitsman, Daniel | 5/29/2004 | Ramadi | SAF/RPG |
| Solorio | 9/11/2023 | 23-02660 | Duitsman | KyliAnn | Solatium | Duitsman, Daniel | 5/29/2004 | Ramadi | SAF/RPG |
| Solorio | 9/11/2023 | 23-02660 | Duitsman | KasiLyn | Solatium | Duitsman, Daniel | 5/29/2004 | Ramadi | SAF/RPG |
| Solorio | 9/11/2023 | 23-02660 | Duitsman | StaciAnn | Solatium | Duitsman, Daniel | 5/29/2004 | Ramadi | SAF/RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Duitsman | Daniel | Primary Injured | Duitsman, Daniel | 5/29/2004 | Ramadi | SAF/RPG |
| Solorio | 9/11/2023 | 23-022660 | Brown | Gregory | Primary Injured | Brown, Gregory | 6/4/2004 | Sadr City | IED |
| Hartwick | 7/7/2018 | 18-1612 | Geer | Jesse | Primary Injured | Geer, Jesse | 6/4/2004 | Sadr City | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Oliver | Carl | Primary Injured | Oliver, Carl | 6/4/2004 | Sadr City | IED |
| Swinney | 4/22/2021 | 19-03003 | Mercado | Jay | Primary Injured | Mercado, Jay | 8/5/2004 | Najaf | Complex attack |
| Stearns | 1/9/2015 | 17-0131 | Rocha | Moses | Primary Injured | Rocha, Moses | 8/5/2004 | Najaf | Complex attack |
| Solorio | 9/11/2023 | 23-02660 | Areh | Chudi | Primary Injured | Areh, Chudi | 8/5/2004 | Najaf | Complex attack |
| Lee | 3/25/2019 | 19-00830 | Reynoso | Yadir | Primary Injured | Reynoso, Yadir | 8/5/2004 | Najaf | Complex attack |
| Fishbeck | 9/28/2018 | 18-02248 | Pedreiro | Robert | Primary Injured | Pedreiro, Robert | 8/5/2004 | Najaf | Complex attack |
| Fishbeck | 9/28/2018 | 18-02248 | Garcia | Jesus | Primary Injured | Garcia, Jesus | 8/5/2004 | Najaf | Complex attack |
| Field | 10/13/2017 | 17-2126 | Rocha | Moses | Primary Injured | Rocha, Moses | 8/5/2004 | Najaf | Complex attack |
| Solorio | 9/11/2023 | 23-02660 | Fuentes | Edgar | Primary Injured | Fuentes, Edgar | 8/16/2004 | Karmah | IED |
| Solorio | 9/11/2023 | 23-02660 | Parkhill | Lawrence | Primary Injured | Parkhill, Lawrence | 8/16/2004 | Karmah | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Fitzsimmons | Shane | Primary Injured | Fitzsimmons, Shane | 8/16/2004 | Karmah | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Gwaltney | Ryan | Primary Injured | Gwaltney, Ryan | 8/16/2004 | Karmah | IED |
| Solorio | 9/11/2023 | 23-02660 | Drummond | McKayla | Solatium | Drummond, Michael | 10/1/2004 | Samarra | SAF/RPG/IED |
| Solorio | 9/11/2023 | 23-02660 | Storms | Chelsey | Solatium | Drummond, Michael | 10/1/2004 | Samarra | SAF/RPG/IED |

| Complaint | Case filed date | Case Number | Last Name | First Name | Party Role | Name of Primary Injured | Attack Date | Attack Location | Attack Weapon |
|---|---|---|---|---|---|---|---|---|---|
| Fishbeck | 9/28/2018 | 18-02248 | Drummond | Michael | Primary Injured | Drummond, Michael | 10/1/2004 | Samarra | SAF/RPG/IED |
| Solorio | 9/11/2023 | 23-02660 | Vieira, Jr. | Scott | Primary Injured | Vieira, Jr., Scott | 11/9/2004 | Fallujah | RPG |
| Solorio | 9/11/2023 | 23-02660 | McGinnis | David | Solatium | McGinnis, Derek | 11/9/2004 | Fallujah | VBIED/complex |
| Solorio | 9/11/2023 | 23-02660 | McGinnis | Barbara | Solatium | McGinnis, Derek | 11/9/2004 | Fallujah | VBIED/complex |
| Solorio | 9/11/2023 | 23-02660 | McGinnis | Trevor | Solatium | McGinnis, Derek | 11/9/2004 | Fallujah | VBIED/complex |
| Hartwick | 7/7/2018 | 18-1612 | Sperry | James | Primary Injured | Sperry, James | 11/9/2004 | Fallujah | RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Tram | Danny | Primary Injured | Tram, Danny | 11/9/2004 | Fallujah | RPG |
| Fishbeck | 9/28/2018 | 18-02248 | McGinnis | Derek | Primary Injured | McGinnis, Derek | 11/9/2004 | Fallujah | VBIED/complex |
| Fishbeck | 9/28/2018 | 18-02248 | McGinnis | Andrea | Solatium | McGinnis, Derek | 11/9/2004 | Fallujah | VBIED/complex |
| Solorio | 9/11/2023 | 23-02660 | Burgess | Jared | Primary Injured | Burgess, Jared | 11/14/2004 | Fallujah | Small Arms w/o RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Housmans | Shane | Primary Injured | Housmans, Shane | 11/14/2004 | Fallujah | Small Arms w/o RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Sanchez | Joe | Primary Injured | Sanchez, Joe | 11/14/2004 | Fallujah | Small Arms w/o RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Mighaccio | Curtis | Primary Injured | Mighaccio, Curtis | 11/14/2004 | Fallujah | Small Arms w/o RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Williams | Samuel | Primary Injured | Williams, Samuel | 11/14/2004 | Fallujah | Small Arms w/o RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Estate of Burger | Dale | Primary Injured | Burger, Dale | 11/14/2004 | Fallujah | Small Arms w/o RPG |
| Swinney | 4/22/2021 | 19-03003 | Quinonez | Victor | Primary Injured | Quinonez, Victor | 12/21/2004 | Mosul, Iraq | IED |
| Solorio | 9/11/2023 | 23-02660 | Johnson | Keith | Primary Injured | Johnson, Keith | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Davis | Eli | Primary Injured | Davis, Eli | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Travis | Joshua | Primary Injured | Travis, Joshua | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Crawford | Richard | Primary Injured | Crawford, Richard | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Schaffer | Matthew | Primary Injured | Schaffer, Matthew | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Sims | Michael | Primary Injured | Sims, Michael | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Feola | Joshua | Primary Injured | Feola, Joshua | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Seely | Greg | Primary Injured | Seely, Greg | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Pham | Tony | Primary Injured | Pham, Tony | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Kaibetoney | Larry | Primary Injured | Kaibetoney, Larry | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Turay | Brima | Primary Injured | Turay, Brima | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Wright | Jeff | Primary Injured | Wright, Jeff | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Bundy | Teray | Primary Injured | Bundy, Teray | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Estate of Ruhren | David | Primary Injured | Ruhren, David | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Collins | Quentin | Primary Injured | Collins, Quentin | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Ward | Antonio | Primary Injured | Ward, Antonio | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Gilbert | James | Primary Injured | Gilbert, James | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Byler | Evan | Primary Injured | Byler, Evan | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Pratt | Mark | Primary Injured | Pratt, Mark | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Atkinson | Eric | Primary Injured | Atkinson, Eric | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Bivens | Daniel | Primary Injured | Bivens, Daniel | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Konen | Angela | Primary Injured | Konen, Angela | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Greenalch | Joseph | Primary Injured | Greenalch, Joseph | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Phillippi | Victoria | Primary Injured | Phillippi, Victoria | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Griffiths | Charles | Primary Injured | Griffiths, Charles | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Anderson | Christopher | Primary Injured | Anderson, Christopher | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Williams | George | Primary Injured | Williams, George | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Ohrt | James | Primary Injured | Ohrt, James | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Holladay | 5/15/2017 | 17-00914 | Hogge | Jonathan | Primary Injured | Hogge, Jonathan | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Heaton | 1/29/2021 | 19-03003 | McCaslin | Creed | Primary Injured | McCaslin, Creed | 12/21/2004 | Mosul, Iraq | Suicide bomber |
| Solorio | 9/11/2023 | 23-02660 | Meyers | William | Primary Injured | Meyers, William | 1/26/2005 | Haditha | RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Estate of Bowling | Jonathan | Primary Injured | Bowling, Jonathan | 1/26/2005 | Haditha | RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Rothman | Andrew | Primary Injured | Rothman, Andrew | 1/26/2005 | Haditha | RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Rubio | Juan | Primary Injured | Rubio, Juan | 1/26/2005 | Haditha | RPG |
| Solorio | 9/11/2023 | 23-02660 | Westover | Robert | Primary Injured | Westover, Robert | 2/22/2005 | Ramadi, al Anbar Governate | IED |
| Fishbeck | 9/28/2018 | 18-02248 | German | Estate of Merlin | Primary Injured | German, Estate of Merlin | 2/22/2005 | Ramadi, al Anbar Governate | IED |
| Solorio | 9/11/2023 | 23-02660 | King | Kenderis | Primary Injured | King, Kenderis | 3/18/2005 | Baghdad Airport | Sniper |
| Fishbeck | 9/28/2018 | 18-02248 | Hemphill | Derrick | Primary Injured | Hemphill, Derrick | 3/18/2005 | Baghdad Airport | Sniper |
| Solorio | 9/11/2023 | 23-02660 | Puopolo | Eleanor | Solatium | Puopolo, William | 4/2/2005 | Abu Ghraib | VBIED/Complex |

| Complaint | Case filed date | Case Number | Last Name | First Name | Party Role | Name of Primary Injured | Attack Date | Attack Location | Attack Weapon |
|---|---|---|---|---|---|---|---|---|---|
| Solorio | 9/11/2023 | 23-02660 | Fidanzato | Anna | Solatium | Puopolo, William | 4/2/2005 | Abu Ghraib | VBIED/Complex |
| Solorio | 9/11/2023 | 23-02660 | Puopolo | Frank | Solatium | Puopolo, William | 4/2/2005 | Abu Ghraib | VBIED/Complex |
| Solorio | 9/11/2023 | 23-02660 | Estate of Puopolo Sr. | William | Solatium | Puopolo, William | 4/2/2005 | Abu Ghraib | VBIED/Complex |
| Fishbeck | 9/28/2018 | 18-02248 | Puopolo | William | Primary Injured | Puopolo, William | 4/2/2005 | Abu Ghraib | VBIED/Complex |
| Fishbeck | 9/28/2018 | 18-02248 | Puopolo | Stephanie | Solatium | Puopolo, William | 4/2/2005 | Abu Ghraib | VBIED/Complex |
| Solorio | 9/11/2023 | 23-02660 | Moran | Roman | Primary Injured | Moran, Roman | 4/5/2005 | Route Sonic, Al Dura District, Baghdad | VBIED |
| Fishbeck | 9/28/2018 | 18-02248 | Nuñez | Steve | Primary Injured | Nuñez, Steve | 4/5/2005 | Route Sonic, Al Dura District, Baghdad | VBIED |
| Solorio | 9/11/2023 | 23-02660 | McCann | Robert | Solatium | McCann, Adam | 4/24/2005 | Al Anbar | Mortar |
| Solorio | 9/11/2023 | 23-02660 | McCann | Michalena | Solatium | McCann, Adam | 4/24/2005 | Al Anbar | Mortar |
| Fishbeck | 9/28/2018 | 18-02248 | McCann | Adam | Primary Injured | McCann, Adam | 4/24/2005 | Al Anbar | Mortar |
| Solorio | 9/11/2023 | 23-02660 | Grissom | James | Primary Injured | Grissom, James | 8/9/2005 | Baghdad | VBIED |
| Fishbeck | 9/28/2018 | 18-02248 | Johnson | Edward | Primary Injured | Johnson, Edward | 8/9/2005 | Baghdad | VBIED |
| Solorio | 9/11/2023 | 23-02660 | Harrington | Jason | Primary Injured | Harrington, Jason | 9/19/2005 | Ramadi | IED |
| Solorio | 9/11/2023 | 23-02660 | Swan | David | Primary Injured | Swan, David | 9/19/2005 | Ramadi | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Murtha | Jeffery | Primary Injured | Murtha, Jeffery | 9/19/2005 | Ramadi | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Swartz | Ralph | Primary Injured | Swartz, Ralph | 9/19/2005 | Ramadi | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Estate of Egan | Michael | Primary Injured | Egan, Michael | 9/19/2005 | Ramadi | IED |
| Solorio | 9/11/2023 | 23-02660 | Hall | Brenda | Solatium | Moultrie, Robert | 10/20/2005 | Hit, Anbar | Mortar |
| Fishbeck | 9/28/2018 | 18-02248 | Moultrie | Robert | Primary Injured | Moultrie, Robert | 10/20/2005 | Hit, Anbar | Mortar |
| Solorio | 9/11/2023 | 23-02660 | Estate of Strauss | Johannes | Primary Injured | Strauss, Johannes | 12/22/2005 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Cele | Mbusi | Primary Injured | Cele, Mbusi | 12/22/2005 | Baghdad | EFP |
| Hartwick | 7/7/2018 | 18-1612 | Brink | Daniel | Primary Injured | Brink, Daniel | 12/22/2005 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Estate of Colnot | Kyle | Primary Injured | Colnot, Kyle | 4/22/2006 | Jurf Sakhar | IED |
| Solorio | 9/11/2023 | 23-02660 | Colnat | Denia | Solatium | Colnot, Kyle | 4/22/2006 | Jurf Sakhar | IED |
| Solorio | 9/11/2023 | 23-02660 | Hiestand | Kimberly | Solatium | Colnot, Kyle | 4/22/2006 | Jurf Sakhar | IED |
| Heaton | 1/29/2021 | 19-03003 | Colnot | Jackie | Solatium | Colnot, Kyle | 4/22/2006 | Baghdad, Iraq | IED |
| Heaton | 1/29/2021 | 19-03003 | Luisi | Kelly | Solatium | Colnot, Kyle | 4/22/2006 | Baghdad, Iraq | IED |
| Solorio | 9/11/2023 | 23-02660 | Ferras | Ed | Primary Injured | Ferras, Ed | 10/17/2006 | Anah | RPG |
| Hartwick | 7/7/2018 | 18-1612 | Mallory | Tate | Primary Injured | Mallory, Tate | 10/17/2006 | Anah | RPG |
| Solorio | 9/11/2023 | 23-02660 | Hinson | Brent | Primary Injured | Hinson, Brent | 12/4/2006 | Baghdad | EFP |
| Holladay | 5/15/2017 | 17-00914 | Estate of Portwine | Brian | Primary Injured | Portwine, Brian | 12/4/2006 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Heath | Zachary | Primary Injured | Heath, Zachary | 12/19/2006 | Ar Ramadi | IED |
| Hartwick | 7/7/2018 | 18-1612 | Biggs | William | Primary Injured | Biggs, William | 12/19/2006 | Ar Ramadi | IED |
| Solorio | 9/11/2023 | 23-02660 | Seymour | Gregory | Primary Injured | Seymour, Gregory | 12/30/2006 | Route Furniture, Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Seymour | Gregory | Primary Injured | Seymour, Gregory | 12/30/2006 | Route Furniture, Baghdad | EFP |
| Hartwick | 7/7/2018 | 18-1612 | Heidling | Christopher | Primary Injured | Heidling, Christopher | 12/30/2006 | Route Furniture, Baghdad | EFP |
| Field | 10/13/2017 | 17-2126 | Sullivan | John | Primary Injured | Sullivan, John | 12/30/2006 | Route Furniture, Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Estate of Sanders | Ronnie | Primary Injured | Sanders, Ronnie | 2/3/2007 | South of Camp Taji, Baghdad Governate | EFP |
| Holladay | 5/15/2017 | 17-00914 | Bass | Travis | Primary Injured | Bass, Travis | 2/3/2007 | South of Camp Taji, Baghdad Governate | EFP |
| Solorio | 9/11/2023 | 23-022660 | Seabreeze | William | Primary Injured | Seabreeze, William | 2/19/2007 | Camp Taji, Tarmayih | VBIED |
| Hartwick | 7/7/2018 | 18-1612 | Bowes | Craig | Primary Injured | Bowes, Craig | 2/19/2007 | Camp Taji, Tarmayih | VBIED |
| Hartwick | 9/28/2018 | 18-1612 | Smith | Jeremy | Primary Injured | Smith, Jeremy | 2/19/2007 | Camp Taji, Tarmayih | VBIED |
| Solorio | 9/11/2023 | 23-02660 | Estate of Eckert | Christopher | Primary Injured | Eckert, Christopher | 2/22/2007 | Ramadi, Anbar Governate | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Estate of Hager | Joshua | Primary Injured | Hager, Joshua | 2/22/2007 | Ramadi, Anbar Governate | IED |
| Fishbeck | 9/28/2018 | 18-02248 | Heekin | Raleigh | Primary Injured | Heekin, Raleigh | 2/22/2007 | Ramadi, Anbar Governate | IED |
| Stearns | 1/9/2015 | 17-0131 | Beardsley | William | Primary Injured | Beardsley, William | 2/26/2007 | Diwaniyah | EFP |
| Solorio | 9/11/2023 | 23-02660 | Roque | Steven | Primary Injured | Roque, Steven | 2/26/2007 | Diwaniya | EFP |
| Solorio | 9/11/2023 | 23-02660 | Walley | Keith | Primary Injured | Walley, Keith | 3/1/2007 | close to Safwan City | EFP |
| Fishbeck | 9/28/2018 | 18-02248 | Simandl | Karl | Primary Injured | Simandl, Karl | 3/1/2007 | close to Safwan City | IED |
| Stearns | 1/9/2015 | 17-0131 | Walton | Brett | Primary Injured | Walton, Brett | 4/9/2007 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Larry | Anthony | Primary Injured | Larry, Anthony | 4/9/2007 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Estate of Solorio | Ismael | Primary Injured | Solorio, Ismael | 4/9/2007 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Ware | Brandon | Primary Injured | Ware, Brandon | 4/9/2007 | Baghdad | EFP/Follow-on IED |
| Lee | 3/25/2019 | 19-00830 | Holden | Brian | Primary Injured | Holden, Brian | 4/9/2007 | Baghdad | EFP |
| Hake | 1/17/2017 | 17-114 | Walton | Brett | Primary Injured | Walton, Brett | 4/9/2007 | Baghdad | EFP |

| Complaint | Case filed date | Case Number | Last Name | First Name | Party Role | Name of Primary Injured | Attack Date | Attack Location | Attack Weapon |
|---|---|---|---|---|---|---|---|---|---|
| Solorio | 9/11/2023 | 23-02660 | Estate of Spencer | Raymond | Primary Injured | Spencer, Raymond | 6/21/2007 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Spencer | Laura | Solatium | Spencer, Jr., Raymond | 6/21/2007 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Spencer | Victoria | Solatium | Spencer, Jr., Raymond | 6/21/2007 | Baghdad | EFP |
| Hake | 1/17/2017 | 17-114 | Spencer Sr. | Sulvia | Solatium | Spencer, Raymond | 6/21/2007 | Baghdad | EFP |
| Hake | 1/17/2017 | 17-114 | Spencer Sr. | Raymond | Solatium | Spencer, Raymond | 6/21/2007 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Fyffe | Ronald | Primary Injured | Fyffe, Ronald | 9/19/2007 | Kadhimiyah | EFP |
| Holladay | 5/15/2017 | 17-00914 | Schar | Brian | Primary Injured | Schar, Brian | 9/19/2007 | Kadhimiyah | EFP |
| Solorio | 9/11/2023 | 23-02660 | Hunt | Jennifer | Primary Injured | Hunt, Jennifer | 9/26/2007 | Baghdad | EFP |
| Hartwick | 7/7/2018 | 18-1612 | Chandler | Shaun | Primary Injured | Chandler, Shaun | 9/26/2007 | Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Ardoin | Jeffrey | Primary Injured | Ardoin, Jeffrey | 10/31/2007 | Sadr City | EFP |
| Holladay | 5/15/2017 | 17-00914 | Texeira | Koma | Primary Injured | Texeira, Koma | 10/31/2007 | Sadr City | EFP |
| Solorio | 9/11/2023 | 23-02660 | O'Sullivan, Sr. | Timothy | Solatium | O'Sullivan, Timothy | 3/3/2008 | Safwan, Basra Governorate | EFP |
| Solorio | 9/11/2023 | 23-02660 | O'Sullivan | Joann | Solatium | O'Sullivan, Timothy | 3/3/2008 | Safwan, Basra Governorate | EFP |
| Holladay | 5/15/2017 | 17-00914 | O'Sullivan, Jr | Timothy | Primary Injured | O'Sullivan, Timothy | 3/3/2008 | Safwan, Basra Governorate | EFP |
| Solorio | 9/11/2023 | 23-02660 | Lloyd | Christopher | Primary Injured | Lloyd, Christopher | 3/12/2008 | Tallil Air Base | Rocket/IRAM |
| Lee | 3/25/2019 | 19-00830 | Samten | Tenzin | Primary Injured | Samten, Tenzin | 3/12/2008 | Camp Adder | Mortar |
| Lee | 3/25/2019 | 19-00830 | Bradley | Juantrea | Primary Injured | Bradley, Juantrea | 3/12/2008 | Camp Adder | Mortar |
| Heaton | 10/7/2019 | 19-03003 | Cost | Bobby | Primary Injured | Cost, Bobby | 3/12/2008 | Nasiriyah, Iraq | RPG |
| Fishbeck | 9/28/2018 | 18-02248 | Tavera | Joel | Primary Injured | Tavera, Joel | 3/12/2008 | Tallil Air Base | Rocket/IRAM |
| Solorio | 9/11/2023 | 23-02660 | Wong | Wilem | Primary Injured | Wong, Wilem | 3/23/2008 | Green Zone, Baghdad | Rocket |
| Solorio | 9/11/2023 | 23-02660 | Garcia | Roberto | Primary Injured | Garcia, Roberto | 3/23/2008 | Green Zone, Baghdad | Rocket |
| Lee | 3/25/2019 | 19-00830 | Estate of Converse | Paul | Primary Injured | Converse, Paul | 3/23/2008 | Baghdad | Rocket |
| Solorio | 9/11/2023 | 23-02660 | Robicheau | Mountain | Primary Injured | Robicheau, Mountain | 3/28/2008 | Sadr City | EFP |
| Hartwick | 7/7/2018 | 18-1612 | Esco | Leroy | Primary Injured | Esco, Leroy | 3/28/2008 | Sadr City, Baghdad | EFP |
| Solorio | 9/11/2023 | 23-02660 | Terpstra | Travis | Primary Injured | Terpstra, Travis | 7/20/2008 | Route Pluto in Sadr City, Baghdad | EFP |
| Hartwick | 7/7/2018 | 18-1612 | Kulicka | Daniel | Primary Injured | Kulicka, Daniel | 7/20/2008 | Route Pluto in Sadr City, Baghdad | EFP |
| Solorio | 9/11/2023 | 23-022660 | Holmes | Christopher | Primary Injured | Holmes, Christopher | 12/16/2009 | Basra | EFP |
| Hartwick | 7/7/2018 | 18-1612 | Evans | Jeffrey | Primary Injured | Evans, Jeffrey | 12/16/2009 | Basra | EFP |
| Solorio | 9/11/2023 | 23-02660 | Paulus | Christopher | Primary Injured | Paulus, Christopher | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |
| Heaton | 10/7/2019 | 19-03003 | Rogers | Dave | Primary Injured | Rogers, Dave | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |
| Hartwick | 7/7/2018 | 18-1612 | Estate of Hartwick | Robert | Primary Injured | Hartwick, Robert | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |
| Fishbeck | 9/28/2018 | 18-02248 | Estate of Fishbeck | Christopher | Primary Injured | Fishbeck, Christopher | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |
| Fishbeck | 9/28/2018 | 18-02248 | Coleman | Tymon | Primary Injured | Coleman, Tymon | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |
| Fishbeck | 9/28/2018 | 18-02248 | Thomas | Walter | Primary Injured | Thomas, Walter | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |
| Fishbeck | 9/28/2018 | 18-02248 | Germany | Hilton | Primary Injured | Germany, Hilton | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |
| Fishbeck | 9/28/2018 | 18-02248 | Boyle | David | Primary Injured | Boyle, David | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |
| Fishbeck | 9/28/2018 | 18-02248 | Rodriguez | Christian | Primary Injured | Rodriguez, Christian | 6/6/2011 | FOB Loyalty, Baghdad | Rocket/IRAM |